Matthew A. Feldman
Paul V. Shalhoub
Andrew S. Mordkoff
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AOG Entertainment, Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |

--------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Entertainment Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |

--------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Entertainment Worldwide LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |

--------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Entertainment, Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |

--------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Management Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |

--------------------------------------------------------x

In re:                                              :          Chapter 11
                                                    :
19 Merchandising Limited,                           :          Case No. 16-_____ (      )
                                                    :
                        Debtor.                     :
-------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
19 Productions Limited,                             :          Case No. 16-_____ (      )
                                                    :
                        Debtor.                     :
-------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
19 Publishing Inc.,                                 :          Case No. 16-_____ (      )
                                                    :
                        Debtor.                     :
-------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
19 Recording Services, Inc.,                        :          Case No. 16-_____ (      )
                                                    :
                        Debtor.                     :
-------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
19 Recordings Limited,                              :          Case No. 16-_____ (      )
                                                    :
                        Debtor.                     :
-------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
19 Recordings, Inc.,                                :          Case No. 16-_____ (      )
                                                    :
                        Debtor.                     :
-------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
19 Touring Limited,                                 :          Case No. 16-_____ (      )
                                                    :
                        Debtor.                     :
-------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Touring LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| 19 TV Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| 7th Floor Productions, LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| All Girl Productions, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Alta Loma Entertainment, LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Brilliant 19 Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Clown Car Productions, LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CORE Entertainment Cayman Limited, | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| CORE Entertainment Offeror, LLC, | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| CORE Entertainment UK Limited, | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| CORE Entertainment Inc., | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| CORE G.O.A.T. Holding Corp., | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| CORE Group Productions Limited, | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| CORE Media Group Inc., | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CORE Media Group Productions Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| CORE MG UK Holdings Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| CTA Productions, Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Dance Nation Productions Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Double Vision Film Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| EPE Holding Corporation, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Focus Enterprises, Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |

In re:                                      :          Chapter 11
                                            :
Fresh Start Productions, LLC,               :          Case No. 16-_____ (    )
                                            :
                    Debtor.                 :
-----------------------------------------------x
In re:                                      :          Chapter 11
                                            :
Gilded Entertainment, LLC,                  :          Case No. 16-_____ (    )
                                            :
                    Debtor.                 :
-----------------------------------------------x
In re:                                      :          Chapter 11
                                            :
IICD LLC,                                   :          Case No. 16-_____ (    )
                                            :
                    Debtor.                 :
-----------------------------------------------x
In re:                                      :          Chapter 11
                                            :
J2K Productions, Inc.,                      :          Case No. 16-_____ (    )
                                            :
                    Debtor.                 :
-----------------------------------------------x
In re:                                      :          Chapter 11
                                            :
Magma Productions, LLC,                     :          Case No. 16-_____ (    )
                                            :
                    Debtor.                 :
-----------------------------------------------x
In re:                                      :          Chapter 11
                                            :
Masters of Dance Productions Inc.,          :          Case No. 16-_____ (    )
                                            :
                    Debtor.                 :
-----------------------------------------------x
In re:                                      :          Chapter 11
                                            :
Native Management Limited,                  :          Case No. 16-_____ (    )
                                            :
                    Debtor.                 :
-----------------------------------------------x

In re:                                          :          Chapter 11
                                                :
Native Songs Limited,                           :          Case No. 16-_____ (    )
                                                :
                    Debtor.                      :
---------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
On the Road Productions,                        :          Case No. 16-_____ (    )
                                                :
                    Debtor.                      :
---------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
Pioneer Production Services LLC,                 :          Case No. 16-_____ (    )
                                                :
                    Debtor.                      :
---------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
Sonic Transformation, LLC,                       :          Case No. 16-_____ (    )
                                                :
                    Debtor.                      :
---------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
Southside Productions Inc.,                      :          Case No. 16-_____ (    )
                                                :
                    Debtor.                      :
---------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
Sunset View Productions, LLC,                    :          Case No. 16-_____ (    )
                                                :
                    Debtor.                      :
---------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
SYTYCD DVD Productions Inc.,                     :          Case No. 16-_____ (    )
                                                :
                    Debtor.                      :
---------------------------------------------------x

In re:                                            :        Chapter 11
                                                  :
This Land Productions, Inc.,                      :        Case No. 16-_____ (      )
                                                  :
                              Debtor.             :
-------------------------------------------------------x

## DEBTORS' MOTION FOR ORDER AUTHORIZING
## JOINT ADMINISTRATION PURSUANT TO RULE 1015
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**")[1] hereby move for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), directing the joint administration of the Debtors' chapter 11 cases (the "**Motion**"). In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Peter Hurwitz, President of Certain Debtors, in Support of Chapter 11 Petitions and First Day Pleadings (the "**First Day Declaration**"), which was filed with this Court concurrently herewith. In further support of the Motion, the Debtors, by and through their undersigned proposed counsel, respectfully represent:

### BACKGROUND

1. On the date hereof (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors intend to continue in the possession of their respective properties and the management of their respective businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. As of the date hereof, no trustee, examiner

---

[1]     A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number is attached as <u>Schedule 1</u> to the Declaration of Peter Hurwitz, President of Certain Debtors, in Support of Chapter 11 Petitions and First Day Pleadings, which was filed with the Court concurrently herewith. The Debtors' executive headquarters are located at 8560 West Sunset Boulevard, 8th Floor, West Hollywood, CA 90069.

or official committee has been appointed in any of the Debtors' cases.

2.     The events leading up to the Petition Date and the facts and circumstances supporting the relief requested herein are set forth in the First Day Declaration.

## JURISDICTION

3.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicate for the relief requested herein is Bankruptcy Rule 1015(b).

## RELIEF REQUESTED

4.     By this Motion, the Debtors hereby seek the entry of an order, pursuant to Bankruptcy Rule 1015(b), directing the consolidation of the Debtors' chapter 11 cases for procedural purposes only.  Bankruptcy Rule 1015(b) provides that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).

5.     The Debtors believe that it would be most practical, expedient and efficient for the administration of these chapter 11 cases if the Court were to authorize their joint administration.  Each of the Debtors is a co-obligor under the Debtors' prepetition credit facilities, either as a borrower or guarantor.  In addition, the Debtors collectively operate an integrated business and the treatment of certain contracts and business relationships of a single Debtor may impact the assets and operations of other Debtors.  The Debtors anticipate that practically all of the motions, hearings and matters involved in these chapter 11 cases will affect all of the Debtors.  If approved, joint administration will reduce costs, facilitate administrative efficiency and avoid procedural problems otherwise attendant to the

administration of separate but related chapter 11 cases.  Moreover, as the relief sought herein is

procedural and not intended to affect any substantive rights, no party will be prejudiced by the

relief requested herein.

6.    The Debtors request that one file and one docket be maintained for all of

the jointly administered cases under the case of AOG Entertainment, Inc.  In addition, the

Debtors propose that all pleadings relating to the Debtors' cases contain the following joint

caption:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                        :        Chapter 11
                                                              :
AOG Entertainment, Inc., et al.,                              :        Case No. 16-_____ (        )
                                                              :
                                    Debtors.                  :        Jointly Administered
--------------------------------------------------------x

7.    The Debtors also request that all original pleadings be captioned as

indicated in the preceding paragraph and all original docket entries shall be made in the case

AOG Entertainment, Inc., Case No. 16- _____(_____), and that a docket entry be made in

the other Debtors' chapter 11 cases substantially as follows:

> "An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> AOG Entertainment, Inc. and its affiliates that have concurrently
> commenced chapter 11 cases.  The docket in the chapter 11 case
> of AOG Entertainment, Inc., Case No. 16-_____ (___)
> should be consulted for all matters affecting this case."

8.    The Debtors also seek authority to file the monthly operating reports

required by the Operating Guidelines and Financial Reporting Requirements (the

"**Guidelines**") promulgated by the office of the United States Trustee (the "**U.S. Trustee**") on

a consolidated basis.  Nevertheless, the Debtors will maintain separate disbursement reports.

9.      The Debtors submit that filing the monthly operating reports required by the Guidelines on a consolidated basis will further administrative economy and efficiency without prejudice to any party in interest and would accurately reflect the Debtors' consolidated business operations and financial affairs.

## NOTICE

7.      Notice of this Motion will be given to: (a) the U.S. Trustee; (b) the Debtors' fifty (50) largest unsecured creditors on a consolidated basis; (c) counsel to U.S. Bank National Association, as the administrative agent under the Debtors' prepetition secured credit agreements; (d) counsel to the ad hoc group of lenders party to the Debtors' prepetition first lien secured credit agreement; (e) counsel to Crestview Media Investors, L.P., as lender under the Debtors' prepetition first and second lien secured credit agreements; (f) counsel to MediArena Holding B.V., as holder of the Sixth Amended and Restated Senior Unsecured Demand Promissory Note; (g) AP NMT JV Newco B.V., as shareholder of CORE Entertainment Holdings Inc., and/or its counsel, if known; (h) counsel, if known, to the preferred shareholders of CORE Entertainment Holdings Inc.; (i) the United States Attorney's Office for the Southern District of New York; (j) the Internal Revenue Service and state taxing authorities for states in which the Debtors conduct business; and (k) those unions who have entered into collective bargaining agreements and/or letters of adherence with the Debtors. The Debtors submit that, under the circumstances, no other or further notice is required.

8.      No previous motion for the relief requested herein has been made to this or to any other court.

## **CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter an order,

substantially in the form annexed hereto as <u>Exhibit A</u>, granting the relief requested in the Motion

and such other and further relief for the Debtors as may be just or proper.

Dated: April 28, 2016
      New York, New York

                        WILLKIE FARR & GALLAGHER LLP
                        *Proposed Counsel for the Debtors and*
                        *Debtors in Possession*

                        By: <u>/s/ Matthew A. Feldman</u>
                            Matthew A. Feldman
                            Paul V. Shalhoub
                            Andrew S. Mordkoff

                            787 Seventh Avenue
                            New York, New York 10019
                            Telephone:  (212) 728-8000
                            Facsimile:  (212) 728-8111

## **EXHIBIT A**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AOG Entertainment, Inc., | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Entertainment Limited, | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Entertainment Worldwide LLC, | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Entertainment, Inc., | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Management Limited, | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Merchandising Limited, | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 19 Productions Limited, | : | Case No. 16-_____ (     ) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x

| In re: | : | Chapter 11 |
| | : | |
| 19 Publishing Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ----------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| 19 Recording Services, Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ----------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| 19 Recordings Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ----------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| 19 Recordings, Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ----------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| 19 Touring Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ----------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| 19 Touring LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ----------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| 19 TV Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ----------------------------------------------x | | |

In re:                                          :        Chapter 11
                                                :
7th Floor Productions, LLC,                     :        Case No. 16-_____ (    )
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
All Girl Productions,                           :        Case No. 16-_____ (    )
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
Alta Loma Entertainment, LLC,                   :        Case No. 16-_____ (    )
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
Brilliant 19 Limited,                           :        Case No. 16-_____ (    )
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
Clown Car Productions, LLC,                     :        Case No. 16-_____ (    )
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
CORE Entertainment Cayman Limited,              :        Case No. 16-_____ (    )
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
CORE Entertainment Offeror, LLC,                :        Case No. 16-_____ (    )
                                                :
                    Debtor.                     :
------------------------------------------------x

- 3 -

In re:                                         :          Chapter 11
                                               :
CORE Entertainment UK Limited,                 :          Case No. 16-_____ (     )
                                               :
            Debtor.                            :
----------------------------------------------x
In re:                                         :          Chapter 11
                                               :
CORE Entertainment Inc.,                       :          Case No. 16-_____ (     )
                                               :
            Debtor.                            :
----------------------------------------------x
In re:                                         :          Chapter 11
                                               :
CORE G.O.A.T. Holding Corp.,                   :          Case No. 16-_____ (     )
                                               :
            Debtor.                            :
----------------------------------------------x
In re:                                         :          Chapter 11
                                               :
CORE Group Productions Limited,                :          Case No. 16-_____ (     )
                                               :
            Debtor.                            :
----------------------------------------------x
In re:                                         :          Chapter 11
                                               :
CORE Media Group Inc.,                         :          Case No. 16-_____ (     )
                                               :
            Debtor.                            :
----------------------------------------------x
In re:                                         :          Chapter 11
                                               :
CORE Media Group Productions Inc.,             :          Case No. 16-_____ (     )
                                               :
            Debtor.                            :
----------------------------------------------x
In re:                                         :          Chapter 11
                                               :
CORE MG UK Holdings Limited,                   :          Case No. 16-_____ (     )
                                               :
            Debtor.                            :
----------------------------------------------x

- 4 -

| In re: | : | Chapter 11 |
|--------|---|-----------|
| | : | |
| CTA Productions, Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Dance Nation Productions Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Double Vision Film Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| EPE Holding Corporation, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Focus Enterprises, Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Fresh Start Productions, LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| Gilded Entertainment, LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------x | | |

- 5 -

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| IICD LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| J2K Productions, Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| Magma Productions, LLC, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| Masters of Dance Productions Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| Native Management Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| Native Songs Limited, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| On the Road Productions, | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

In re:                                                  :           Chapter 11
                                                        :
Pioneer Production Services LLC,                        :           Case No. 16-_____ (      )
                                                        :
                              Debtor.                   :
-----------------------------------------------------------x
In re:                                                  :           Chapter 11
                                                        :
Sonic Transformation, LLC,                              :           Case No. 16-_____ (      )
                                                        :
                              Debtor.                   :
-----------------------------------------------------------x
In re:                                                  :           Chapter 11
                                                        :
Southside Productions Inc.,                             :           Case No. 16-_____ (      )
                                                        :
                              Debtor.                   :
-----------------------------------------------------------x
In re:                                                  :           Chapter 11
                                                        :
Sunset View Productions, LLC,                           :           Case No. 16-_____ (      )
                                                        :
                              Debtor.                   :
-----------------------------------------------------------x
In re:                                                  :           Chapter 11
                                                        :
SYTYCD DVD Productions Inc.,                            :           Case No. 16-_____ (      )
                                                        :
                              Debtor.                   :
-----------------------------------------------------------x
In re:                                                  :           Chapter 11
                                                        :
This Land Productions, Inc.,                            :           Case No. 16-_____ (      )
                                                        :
                              Debtor.                   :
-----------------------------------------------------------x

- 7 -

**ORDER DIRECTING JOINT**
**ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion (the "**Motion**") of the debtors and debtors in possession in the
above-captioned cases (collectively, the "**Debtors**")[1] for entry of an order, pursuant to Rule
1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), authorizing
the joint administration of the Debtors' chapter 11 cases; and upon consideration of the Motion
and all of the pleadings related thereto, including the Declaration of Peter Hurwitz, President of
certain debtors, in Support of Chapter 11 Petitions and First Day Pleadings; and due and
sufficient notice of the Motion having been given; and it appearing that no other or further notice
need be provided; and it appearing that the relief requested by the Motion is in the best interests
of the Debtors' estates, their creditors and other parties-in-interest; and after due deliberation and
sufficient cause appearing therefor, it is hereby

ORDERED that:

1.    The Motion is granted to the extent set forth herein.

2.    Capitalized terms used but not otherwise defined herein shall have the
meanings ascribed to such terms in the Motion.

3.    The above-captioned cases are consolidated for procedural purposes only
and shall be administered jointly under Case No. 16-_____ (_____) in accordance with
Bankruptcy Rule 1015(b).

4.    The joint caption of the Debtors' cases shall read as follows:

---

[1]    A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer
identification number is attached as <u>Schedule 1</u> to the Declaration of Peter Hurwitz, President of Certain
Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. ___] and at
http://www.kccllc.net/AOG.  The Debtors' executive headquarters are located at 8560 West Sunset
Boulevard, 8th Floor, West Hollywood, CA 90069.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                        :        Chapter 11
                                              :
AOG Entertainment, Inc., et al.,              :        Case No. 16-_____ (       )
                                              :
                    Debtors.                  :        (Jointly Administered)
--------------------------------------------------------x

     5.     All original pleadings shall be captioned as indicated in the preceding

decretal paragraph and all original docket entries shall be made in the case of AOG

Entertainment, Inc., Case No. 16-_____ (____).

     6.     A docket entry shall be made in the other Debtors' chapter 11 cases

substantially as follows:

> "An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> AOG Entertainment, Inc. and its affiliates that have concurrently
> commenced chapter 11 cases. The docket in the chapter 11 case of
> AOG Entertainment, Inc., Case No. 16-_____ (____) should
> be consulted for all matters affecting this case."

     7.     The Debtors shall be permitted to file the monthly operating reports

required by the Guidelines on a consolidated basis, provided, however, that the Debtors shall

track and report disbursements on a Debtor-by-Debtor basis.

     8.     This Court shall retain jurisdiction with respect to any and all matters

arising from or relating to the implementation or interpretation of this Order.

Dated: _____ ___, 2016
     New York, New York

                     _____
                     UNITED STATES BANKRUPTCY JUDGE